IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00425-AP

MICHAEL D. GOODWIN,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.   APPEARANCES OF COUNSEL**

For Plaintiff:

Michael W. Seckar
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636

For Defendant:

WILLIAM J. LEONE
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570

Attorneys for Defendant.

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

     **A.     Date Complaint Was Filed:** March 9, 2006.
     **B.     Date Complaint Was Served on U.S. Attorney's Office:** March 22, 2006.
     **C.     Date Answer and Administrative Record Were Filed**: May 24, 2006.

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

To the best of their knowledge, both parties state that there is no additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.     OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

9.

Because of workload and scheduling conflicts, counsel for the parties respectfully request that the briefing schedule commence later than 40 days after the filing of this joint case management plan, as follows:

     **A.     Plaintiff's Opening Brief Due:** July 31, 2006
     **B.     Defendant's Response Brief Due:** August 31, 2006
     **C.     Plaintiff's Reply Brief (If Any) Due:** September 15, 2006

**10.    STATEMENTS REGARDING ORAL ARGUMENT**

Neither party requests oral argument.

11.  **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.  **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
   B.  **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

12.  **OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

13.  **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 13th day of June, 2006.

                        BY THE COURT:

                        S/John L. Kane
                        U.S. DISTRICT COURT JUDGE

APPROVED:

s/Michael W. Seckar 6/12/06
MICHAEL W. SECKAR
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

KURT J. BOHN
Assistant U.S. Attorney
kurt.bohn@usdoj.gov

s/Debra J. Meachum 6/12/06
By: Debra J. Meachum
Special Assistant U.S. Attorney
debra.meachum@ssa.gov

1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570

Attorneys for Defendant.