UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 06-cv-00425-REB

MICHAEL D. GOODWIN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

    Defendant.

## ORDER GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

**Blackburn, J.**

The matter before me is the parties' **Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412** [#17], filed April 25, 2007. The parties have stipulated and agreed that pursuant to the EAJA, plaintiff's counsel is entitled to attorney fees OF $3,500. I grant the motion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the parties' **Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412** [#17], filed April 25, 2007, is **GRANTED**;

---

[1] Michael J. Astrue was confirmed by the Senate to replace Jo Anne Barnhart as the Commissioner of Social Security on February 1, 2007. Thus, he is substituted as the defendant in this suit. **FED.R.CIV.P.** 25(d)(1). By virtue of the last sentence of 42 U.S.C. § 405(g), no further action need to taken to continue this lawsuit.

2. That pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff's counsel is **AWARDED** attorney fees of $3,500; and

3. That defendant **SHALL MAKE PAYMENT** of the attorney fee award to plaintiff's counsel as contemplated by the stipulated motion.

Dated April 1, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**